# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No.:   0210 2:16CR00121-10 |
| | ) | |
| v. | ) | **MOTION FOR CONTINUANCE** |
| | ) | **AND ORDER** |
| **ANDRE TERRELL** | ) | |
| | ) | |
| **Defendant.** | ) | |

NOW COMES Defendant, Andre Terrell, by and through his attorney Scott Brettschneider, Esq., having moved for a continuance of 30 days within which the parties may review sentencing submissions and that Mr. Terrell's family can be present for his sentence.

Jonathan Ophardt, Assistant U.S. Attorney, appearing, having consented to the continuance and proposed the exclusion of the 30-day period of continuance under the Speedy Trial Act, the parties hereby stipulate and agree as follows:

1) The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial because the delay is necessary in order to allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

2)      The parties stipulate and agree that a period of 30 days beginning on and including the date on which the Court signs the requested order shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B).

The undersigned attorney affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: January 30, 2018

                                                   */s/Scott Brettschneider*
                                                  Scott Brettschneider, Esq.
                                                  Attorney for Andre Terrell