AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

United States of America

V.

Andre Terrell

**SENTENCING EXHIBIT AND WITNESS LIST**

Case Number: 2:16-cr-121-10

| PRESIDING JUDGE<br>Christina Reiss, District Judge | PLAINTIFF'S ATTORNEY<br>Jonathan Ophardt, AUSA | DEFENDANT'S ATTORNEY<br>Kaplan, Esq. Brettschneider, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>3/24/2018 | COURT REPORTER<br>Cynthia Foster | COURTROOM DEPUTY<br>Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/23/2018 | | yes | Grand Jury Testimony |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages